AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

# United States District Court

SOUTHERN DISTRICT OF NEW YORK

M.D. and T.D., on behalf of C.D.,
Plaintiffs-Appellants,

V.

New York City Department of Education,
Region 9 (District 2)

Defendant - Respondent

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 07 CIV 7967

Judge Berman

TO: (Name and address of defendant)

City of New York Law Department, Corporation Counsel (Region 9)
100 Church Street - New York, NY 10007

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Mayerson & Associates (Attn: Gary S. Mayerson)
330 West 38th Street, Suite 600
New York, New York 10580

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK _[signature]_

DATE  SEP 1 1 2007

(BY) DEPUTY CLERK

Form 27 - GENERAL PURPOSE

**MAYERSON & ASSOCIATES**
**ATTN:**

U.S. SOUTHERN DIST. COURT      NEW YORK    COUNTY
----------------------------------------------------

Index No. **07 CIV 7967**

M.D. AND T.D. ON BEHALF OF C.D.          plaintiff

Date Filed  .............

- against -

Office No.

NEW YORK CITY DEPARTMENT OF              defendant
EDUCATION REGION 9 (DISTRICT 2)

Court Date:    /   /
----------------------------------------------------

STATE OF NEW YORK, COUNTY OF NEW YORK           :SS:

**JOEL GOLUB**     being duly sworn, deposes and says:
I am over 18 years of age, not a party to this action, and reside in the State of New York.
   That on the  **12th  day of September, 2007**   at  **03:11 PM.**,           at
     **%MICHAEL A.CARDOZO, ESQ., CORP.COUNSEL, THE CITY
     OF NEW YORK, 100 CHURCH ST, 4TH FLR, NY,NY 10007**
I served a true copy of the
     **SUMMONS AND COMPLAINT**
     **JUDGES RULES**

upon **NEW YORK CITY DEPARTMENT OF EDUCATION REGION 9 (DISTRICT 2)**
**the DEFENDANT** therein named,
by delivering to, and leaving personally with
     **TAMIEKA MENDES GAMMON, CLERK AUTHORIZED TO ACCEPT**

a true copy of each thereof.

   Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the aforesaid service as follows:
       SEX: **FEMALE**          COLOR: **BLACK**          HAIR: **BLACK**
       APP. AGE: **25**         APP. HT: **5:6**          APP. WT: **115**

OTHER IDENTIFYING FEATURES:


Sworn to before me this
12th   day of  September, 2007k




KENNETH WISSNER
Notary Public, State of New York
     No.01WI4714130
Qualified in NEW YORK COUNTY
Commission Expires 03/30/2010

JOEL GOLUB   701893
AETNA   CENTRAL   JUDICIAL   SERVICES
225 BROADWAY, SUITE 1802
NEW YORK, NY, 10007
Reference No: 7MA765762