UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x

M.D. and T.D., on behalf of C.D.,

                       Plaintiffs,

       -against-

NEW YORK CITY DEPARTMENT OF
EDUCATION, Region 9 (District 2),

                       Defendant.

------------------------------------------------------------ x

**NOTICE OF APPEARANCE**

07 Civ. 7967 (RMB)

      **PLEASE** enter the appearance of the undersigned, as lead attorney and attorney to be noticed, on behalf of defendant New York City Department of Education in the above-titled action.

Dated:      New York, New York
             October 11, 2007

                                MICHAEL A. CARDOZO
                                Corporation Counsel of the City of New York
                                Attorney for Defendants
                                100 Church Street, Room 2-301
                                New York, N.Y. 10007
                                (212) 788-0908
                                Fax: (212) 788-0940
                                tgantz@law.nyc.gov

                                By: ___s/_____
                                    Toni Gantz (TG1198)
                                    Assistant Corporation Counsel

cc:     Gary S. Mayerson
         Mayerson & Associates
         330 West 38th Street, Suite 600
         New York, NY 10018