```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/05/07
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------x

M.D. and T.D., on behalf of C.D.,

                            Plaintiffs,

              -against-                      07 CV 7967 (RMB)

New York City Department of Education
Region 9 (District 2)

                           Defendant.
------------------------------------------------------------------x

      The following Case Management Plan is entered after consultation with the parties. This Plan is also a Rule 16 and Rule 26(f) scheduling order as required by the Federal Rules of Civil Procedure.

(i)      Joinder of additional parties by: N/A

(ii)     Amend the pleadings by: N/A

(iii)    All discovery to be expeditiously completed by: N/A

(iv)    Consent to proceed before Magistrate Judge: No

(v)     Status of settlement discussions: None at present time

(vi)    Cross-motions for summary judgment to be made ~~by December 21, 2007~~ *per comp[l]t Rules + Transcript*. ~~Opposition papers due by January 21, 2007.~~
~~Any replies due by February 8, 2008.~~

**SO ORDERED:**    New York, New York

                                                 /s/ RMB
                                      **Hon. Richard M. Berman, U.S.D.J.**