UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

M.D. and T.D., on behalf of C.D.,

        Plaintiffs-Appellants

-against-

New York City Department of Education,
Region 9 (District 2)

        Defendant-Respondent.

07 Civ. 7967 (RMB)

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK   }
                              } ss.
COUNTY OF NEW YORK }

        PEBBLES QUEVEDO, being duly sworn, deposes and says:

        1.     I am over eighteen years of age and I am not a party to the above-captioned action.

        2.     I am a Paralegal in the office of Mayerson & Associates, attorneys for Plaintiffs-Appellants in the above-captioned action.

        3.     On the 21st day of December, 2007, I served true copies of the accompanying AFFIRMATION OF GARY S. MAYERSON IN SUPPORT OF PLAINTIFFS-APPELLANTS' MOTION FOR MODIFIED *DE NOVO* REVIEW with EXHIBITS, and the MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFFS-APPELLANTS' MOTION FOR MODIFIED *DE NOVO* REVIEW, by ECF and Federal Express, upon:

        Toni Gantz, Esq., Assistant Corporation Counsel
        Corporation Counsel of the City of New York
        100 Church Street, Room 2-301
        New York, New York 10007

                                                  PEBBLES QUEVEDO

Sworn to before me this
21st day of December, 2007.

_____
Notary Public

RANDI M. ROTHBERG
Notary Public, State of New York
No. 02RO6117613
Qualified in New York County
Commission Expires November 1, 2008