UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

M.D. and T.D., on behalf of C.D.,

    Plaintiffs-Appellants

-against-

New York City Department of Education,
Region 9 (District 2)

    Defendant-Respondent.

07 Civ. 7967 (RMB)

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK }
         } ss.
COUNTY OF NEW YORK }

  PEBBLES QUEVEDO, being duly sworn, deposes and says:

  1. I am over eighteen years of age and I am not a party to the above-captioned action.

  2. I am a Paralegal in the office of Mayerson & Associates, attorneys for Plaintiffs-Appellants in the above-captioned action.

  3. On the 8th day of February, 2008, I served true copies of the accompanying REPLY MEMORANDUM OF LAW IN FURTHER SUPPORT OF MOTION FOR MODIFIED *DE NOVO* REVIEW AND IN OPPOSITION TO DEFENDANT-RESPONDENT'S CROSS-MOTION FOR SUMMARY JUDGMENT, by ECF and Federal Express, upon:

    Toni Gantz, Esq., Assistant Corporation Counsel
    Corporation Counsel of the City of New York
    100 Church Street, Room 2-301
    New York, New York 10007

          _____
          PEBBLES QUEVEDO

Sworn to before me this
8th day of February, 2008.

_____
Notary Public
GARY S. MAYERSON
NOTARY PUBLIC - STATE OF NEW YORK
No. 02MA6165164
QUALIFIED IN NEW YORK COUNTY
COMMISSION EXPIRES MAY 7, 2011