USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/30/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
M.D. and T.D. on behalf of C.D.,

               Plaintiff,                                07 CIVIL 7967 (RMB)

      -against-                               **JUDGMENT**

NYC DEPT. OF EDUCATION,

               Defendant.
------------------------------------------------------------X

Defendant having moved for summary judgment pursuant to Fed. R. Civ. P. 56, and the matter having come before the Honorable Richard M Berman, United States District Judge, and the Court, on June 27, 2008, having rendered its Order, denying plaintiff's motion for summary judgment, granting defendant's motion for summary judgment and dismissing the complaint, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated Jun 27, 2008, plaintiff's motion for summary judgment is denied, defendant's motion for summary judgment is granted and the complaint is dismissed; accordingly, the case is closed.

**Dated:** New York, New York
           June 30, 2008

                                                  J. MICHAEL McMAHON
                                                  Clerk of Court
                        BY:
                                                  Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____